IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                        3:05cr134/LAC
                                                           3:08cv16/LAC/MD

ALFREDO GARCIA
_____

**O R D E R**

This cause is before the court upon the government's response to defendant's motion to vacate, set aside, or correct sentence (doc. 119). Before the court rules on this matter, the defendant shall have the opportunity to file a reply.

Accordingly, it is ORDERED:

Defendant shall have **thirty (30) days** from the date this order is entered on the docket in which to file a reply to the government's response.

DONE AND ORDERED this 14th day of April, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**